# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ROBERT JENKINS,<br><br>　　　　Defendant. | Case No.: 2:18-CR- 338<br><br>ORDER FOR ISSUANCE OF<br>WRIT OF HABEAS CORPUS<br>AD PROSEQUENDUM FOR<br>ROBERT JENKINS<br>(ID#) 1204318 |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **ROBERT JENKINS** before the United States District Court at Las Vegas, Nevada, on or about Tues., NOV - 6 2018, CWH, Courtroom 3C, at the hour of 2:30 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: October 30, 2018

_____
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| 1 | DAYLE ELIESON<br>United States Attorney |
| 2 | BRIAN WHANG<br>Assistant United States Attorney |
| 3 | 501 Las Vegas Boulevard South<br>Suite 1100 |
| 4 | Las Vegas, Nevada 89101<br>702-388-6336 |
| 5 | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:18-CR- 338 |
| | ) | |
| Plaintiff, | ) | PETITION FOR WRIT OF HABEAS |
| | ) | CORPUS AD PROSEQUENDUM FOR |
| vs. | ) | ROBERT JENKINS |
| | ) | (ID#) 1204318 |
| ROBERT JENKINS, | ) | |
| | ) | |
| Defendant. | ) | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **ROBERT JENKINS**, is committed by due process of law in the custody of the Warden, High Desert State Prison, Indian Springs, Nevada, that it is necessary that the said **ROBERT JENKINS** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **ROBERT JENKINS** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on ~~Thursday,~~ Tues. NOV - 6 2018, at the hour of 2:30 p.m. CWH, Courtroom 3C for arraignment and from time to time and day to day thereafter until excused by the said Court.

1         That the presence of the said **ROBERT JENKINS** before the United States District Court on or about _Thursday, NOV - 6 2018_ [handwritten: Tues,] CWH, Courtroom 3C, at the hour of 2:30 p.m., for arraignment and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

        WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, High Desert State Prison Indian Springs, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said **ROBERT JENKINS** before the United States District Court on or about _Thursday, NOV - 6 2018_ [handwritten: Tues,] CWH, Courtroom 3C, at the hour of 2:30 p.m., for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, High Desert State Prison, Indian Springs, Nevada.

        DATED this 30th day of October, 2018

Respectfully submitted,

DAYLE ELIESON  
United States Attorney

_/s/ Brian Whang_  
BRIAN WHANG  
Assistant United States Attorney

2